OSCN Found Document:SUSPENSION OF CERTIFICATES OF CERTIFIED SHORTHAND REPORTERS

OSCN navigation

Home

Courts

Court Dockets

Legal Research

Calendar

Help

Previous Case

Top Of Index

This Point in Index

Citationize

Next Case

Print Only

SUSPENSION OF CERTIFICATES OF CERTIFIED SHORTHAND REPORTERS2015 OK 10Decided: 03/02/2015THE SUPREME COURT OF THE STATE OF OKLAHOMA
Cite as: 2015 OK 10, __ P.3d __

FOR PUBLICATION IN OBJ ONLY. NOT RELEASED FOR PUBLICATION.

RE: Suspension of Certificates of Certified Shorthand
Reporters
ORDER
The Oklahoma Board of Examiners of Certified Shorthand Reporters has
recommended to the Supreme Court of the State of Oklahoma the suspension of the
certificate of each of the Oklahoma Certified Shorthand Court Reporters listed
on the attached Exhibit for failure to comply with the continuing education
requirements for calendar year 2014 and/or with the annual certificate renewal
requirements for 2015.
Pursuant to 20 O.S., Chapter 20, App. 1, Rule 20(c), failure to satisfy the
annual renewal requirements on or before February 15 shall result in
administrative suspension on that date. Pursuant to 20 O.S., Chapter 20, App. 1,
Rule 23(d), failure to satisfy the continuing education reporting requirements
on or before February 15 shall result in administrative suspension on that date.

IT IS THEREFORE ORDERED that the certificate of each of the court reporters
named on the attached Exhibit is hereby suspended effective February 15,
2015.
DONE BY ORDER OF THE SUPREME COURT IN CONFERENCE this 2ND day of
March, 2015.
/S/CHIEF JUSTICE
ALL JUSTICES CONCUR.

Exhibit

Name

CSR #

Reason

Jennifer L. Adams

1936

Continuing Education

Lisa D. Carpenter

1758

Continuing Education and Renewal
Fee

Laurie Johnson

1437

Continuing Education and Renewal
Fee

Kristin C. Randall

1784

Continuing Education and Renewal
Fee

Deanna Szurgot

1665

Continuing Education and Renewal
Fee

Krista L. Wagner

1870

Continuing Education and Renewal
Fee
 
 

Citationizer© Summary of Documents Citing This Document

Cite
Name
Level

None Found.

Citationizer: Table of Authority

Cite
Name
Level

None Found.